Tyler J. Woods (State Bar No. 232464)
  twoods@trialnewport.com
Tu-Quyen Pham (State Bar No. 260864)
  tpham@trialnewport.com
**NEWPORT TRIAL GROUP**
A Professional Corporation
4100 Newport Place, Suite 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and Counter-Defendant

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC<br><br>Plaintiff,<br><br>vs.<br><br>WORLD HEALTH PRODUCTS, LLC dba GERMAN AMERICAN TECHNOLOGIES dba GAT and NUTRAPLANET,<br><br>Defendant | Case No.  13-cv-06873 RGK-PLA<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER CONFIRMING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| WORLD HEALTH PRODUCTS, LLC dba GERMAN AMERICAN TECHNOLOGIES dba GAT and NUTRAPLANET,<br><br>Counter-Claimants,<br><br>vs.<br><br>THERMOLIFE INTERNATIONAL, LLC<br><br>Counter-Defendant. | |

**ORDER CONFIRMING STIPULATION FOR DISMISSAL**

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a), and good cause appearing therefore, hereby confirms that:

- Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, all claims, counterclaims and defenses in this action are hereby dismissed with prejudice in accordance with the terms and conditions of the Settlement Agreement entered into between the parties on February 10, 2014; and
- The parties shall bear their own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 26, 2014          By: /s/ Gary Klausner
                                   Hon. R. Gary Klausner
                                   United State District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2014, I electronically filed the foregoing **[PROPOSED] ORDER CONFIRMING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

       /s/*Tyler J Woods*
         Tyler J Woods